IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BRANDON JAMES BUTLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:13cv369-MHT |
| | ) | |
| CLARENCE R. SCOTT, JR., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

(1) The magistrate judge's recommendation (doc. no. 9), to which no objection has been filed, is adopted.

(2) Plaintiff's "civil rights" claims are dismissed.

(3) This case is referred back to the magistrate judge for further appropriate proceedings.

DONE, this the 6th day of August, 2013.

       /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE